IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLES ALEXANDER/RYAHIM                                                    PLAINTIFF
ADC #111057

V.                              NO.  4:06CV00845 SWW

JOHN LANGSTON, et al                                                         DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint, without prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order and this judgment entered thereunder, would not be taken in good faith.

IT IS SO ORDERED this 5th  day of September, 2006.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE